No. 770. MILK WAGON DRIVERS UNION LOCAL 753 ET AL. *v.* LAKE VALLEY FARM PRODUCTS, INC., ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Messrs. *Abraham W. Brussell* and *David A. Riskind* for petitioners. *Mr. Arthur R. Seelig* for respondents.

No. 796. SECURITIES & EXCHANGE COMMISSION *v.* UNITED STATES REALTY & IMPROVEMENT CO. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* and *Mr. Chester T. Lane* for petitioner. Messrs. *Joseph M. Hartfield* and *Charles W. Dibbell* for respondent.

No. 732. INTERNATIONAL ASSOCIATION OF MACHINISTS, TOOL AND DIE MAKERS LODGE No. 35 *v.* NATIONAL LABOR RELATIONS BOARD. April 1, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Mr. Joseph A. Padway* for petitioners. *Solicitor General Biddle* and Messrs. *Thomas E. Harris, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 767. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WOOD ET AL., TRUSTEES. See *ante*, p. 637.

No. 759. BRIDGES *v.* CALIFORNIA. April 8, 1940. Petition for writ of certiorari to the Supreme Court of California granted. *Mr. A. L. Wirin* for petitioner. Messrs. *Wm. B. McKesson, Allen W. Ashburn,* and *Michael G. Luddy* for respondent. By leave of Court, briefs of *amici*

650

*curiae* were filed by *Mr. Osmond K. Fraenkel,* on behalf of the American Civil Liberties Union; and by *Messrs. Harry Graham Balter, Carey McWilliams, Ellis E. Patterson,* and *George Bodle,* on behalf of the National Lawyers Guild, Los Angeles Chapter,—in support of the petition.

No. 783. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HORST. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. Harry H. Wiggins* for respondent.

No. 799. SIBBACH *v.* WILSON & Co. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Lambert Kaspers* and *Royal W. Irwin* for petitioner. *Mr. J. F. Dammann* for respondent.

No. 813. MONTGOMERY WARD & Co. *v.* DUNCAN. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. J. Merrick Moore* for petitioner. *Messrs. Edward H. Coulter* and *Kenneth W. Coulter* for respondent.

No. 822. WASHINGTON EX REL. COLUMBIA BROADCASTING Co. *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY ET AL. See *ante,* p. 638.

No. 768. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CENTER INVESTMENT Co. See *ante,* p. 639.